MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

**FILED**
JUL 2 5 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BRIGETTE MENDEZ, )<br>)<br>   Defendant. )<br>_____ ) | No. CR-10-00152-PSG<br><br>NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice following the defendant's successful completion of a term of pretrial diversion.

DATED:     7/21/11                             Respectfully submitted,

                                                   MELINDA HAAG
                                                   United States Attorney

                                                   /s/

                                                   JEFFREY B. SCHENK
                                                   Assistant United States Attorney

NOTICE OF DISMISSAL (CR-10-00152-PSG)

1 | Leave is granted to the government to dismiss the information.

Date: 7/25/2011

_____
PAUL S. GREWAL
United States Magistrate Judge